IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br> )<br>            Plaintiff, )<br> )<br>        v.            )<br> )<br>LUIS P. MENDOZA-RAMIREZ, )<br> )<br>            Defendant. )<br> ) | Docket No. 4:08CR3036<br><br>ORDER |

   IT IS ORDERED:

   Defendant's unopposed oral motion is granted and the time for the change of plea hearing on August 15, 2008 is changed from 1:30 p.m. to **10:00 a.m.** in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

   Defendant shall be present for the hearing.

   DATED: August 7, 2008.

                          BY THE COURT:

                          s/ *David L. Piester*
                          David L. Piester
                          United States Magistrate Judge