IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:08CR3036 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| LUIS P. MENDOZA-RAMIREZ, | ) | |
| | ) | |
| Defendant. | ) | |

On the oral motion of the defendant,

IT IS ORDERED that the United States Marshal is directed to return the defendant to the district for his January 29, 2010 Rule 35 hearing.

Dated January 11, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge